*Arora & Lascala, Manubir S. Arora; Stephen R. Scarborough*, for appellant.

*Paul L. Howard, Jr., District Attorney, Paige Reese Whitaker, David K. Getachew-Smith, Assistant District Attorneys; Samuel S. Olens, Attorney General, Patricia B. Attaway Burton, Deputy Attorney General, Paula K. Smith, Senior Assistant Attorney General, Mary Catherine Greaber, Assistant Attorney General*, for appellee.

S16Y0034. IN THE MATTER OF JAMES A. MEANEY III.
(785 SE2d 304)

PER CURIAM.

The Court having reviewed the Notice of Compliance with Conditions submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that James A. Meaney III has complied with all of the conditions for reinstatement following his suspension by this Court, see *In the Matter of Meaney*, 298 Ga. 136 (779 SE2d 662) (2015), it is hereby ordered that James A. Meaney III be reinstated to the practice of law in the State of Georgia.

*Reinstated. All the Justices concur.*

DECIDED APRIL 6, 2016.

*Paula J. Frederick, General Counsel State Bar, Wolanda R. Shelton, Assistant General Counsel State Bar*, for State Bar of Georgia.